**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., <br><br> Plaintiffs, <br><br> V <br><br> E-MDS, INC., <br><br> Defendant. | § § § § § § § § § § § § § CIVIL ACTION NO. 6:14-cv-625 <br><br> **JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg S.A., file this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

Uniloc USA, Inc., a Texas corporation, is a privately held corporation and a wholly owned subsidiary of Uniloc Corporation Pty. Limited., an Australian corporation, also a privately held corporation with no parent corporation. Uniloc Luxembourg S.A. is a privately held corporation with no parent corporation.

No publicly held corporation owns ten (10%) percent or more of Uniloc USA, Inc. or Uniloc Luxembourg S.A. stock.

**Dated:  July 21, 2014**                        Respectfully submitted,

        /s/ Ryan S. Loveless
E. Leon Carter (TX Bar 03914300)
lcarter@carterscholer.com
J. Robert Arnett II (TX Bar 01332900)
barnett@carterscholer.com
Ryan S. Loveless (TX Bar 24036997)

rloveless@carterscholer.com
Joshua J. Bennett (TX Bar 24059444)
jbennett@carterscholer.com
CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC
8150 N. Central Expressway, Suite 1950
Dallas, Texas 75206
Telephone: (214) 550-8188
Facsimile: (214) 550-8185

James L. Etheridge
Texas State Bar No. 24059147
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120/324
Southlake, Texas 76092
817.470-.249
817.877.5950 (Fax)
Jim@EtheridgeLaw.com

**ATTORNEYS FOR PLAINTIFFS UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A.**

### CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on July 21, 2014.

*/s/ Ryan S. Loveless*

Ryan S. Loveless