IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **UNILOC USA, INC., et al.,** | § | |
| | § | |
|     **Plaintiffs,** | § | |
| | § | |
| vs. | § | CASE NO. 6:14-cv-00625-RWS |
| | § | LEAD CASE |
| **E-MDS, Inc., et al.,** | § | |
| | § | |
|     **Defendants.** | § | |

## ORDER

Before the Court are the following motions. Each of these motions concerns a Defendant that has been dismissed since the motion was filed. *See* Docket No. 489. Accordingly, the following motions are **DENIED AS MOOT**.

- Plaintiffs' Motion to Compel Discovery from e-MDs, Inc. (Docket No. 363)

- Plaintiffs' Amended Motion to compel Discovery from e-MDs, Inc. (Docket No. 365)

- Plaintiffs' Motion to Exclude Testimony of Mark Leavitt (Docket No. 371)

- Plaintiffs' Motion for Relief from Defendant General Electric Company (Docket No. 378)

- Plaintiffs' Motion to Compel Document Production by HealthTronics (Docket No. 411)

- Plaintiffs' Motion to Compel Document Production by e-MDS (Docket No. 412)

- Plaintiffs' Motion to compel Production by MEDHOST (Docket No. 418)

- Plaintiffs' Motion to Compel Production by Cerner Health Services (Docket No. 442)

- Plaintiffs' Motion to Compel Production by Cerner Corporation (Docket No. 443)

- Defendant Cerner Health Services, Inc.'s Motion to Strike Uniloc USA, Inc,.and Uniloc Luxembourg S.A.'s Infringement Contentions (Docket No. 474)

**SIGNED this 31st day of August, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE